# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 23, 2009

139407

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellant,

v

SC: 139407
COA: 283053
Wayne CC: 07-013326-FC

EDWARD RICKS,
      Defendant-Appellee.

_____/

On order of the Court, the application for leave to appeal the June 9, 2009 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.

MARKMAN, J. (*dissenting*).

Because I believe it to be a jurisprudentially significant issue, I would grant leave to appeal to consider whether pursuant to *Crawford v Washington*, 541 US 36 (2004), the admission of a law enforcement officer's testimony concerning the substance of an anonymous phone call violated defendant's Sixth Amendment right to confront the witnesses against him.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 23, 2009

_____
Clerk

p1020